1



Foreign Buyer selects country of destination from a menue thereby triggering country specific data bases automatically selecting a currency in which to obtain price information.

Time Stamp of this order.

EXHIBIT

K

1



We are now at the Canadian content website where the currency is Canadian Dollars and we are presented with a menu to select one of the countries two authorized languages defaulted in English.



Foreign buyer now begins to gegins to select a product and a destination for shipping such product to be purchased.in the buyers language. We start by selecting "Small Business."



The foreign buyer now selects the product category. This is page one of three that shows the entire web content of the page. We have seletected Servers, Storate & Networking. Page 1 of 3.

5



Page 2 of 3



Page 3 of 3.



We now select the product catagory "Choose PowerEdge." Page 1 of 4 for web page content.



Page 2 of 4.



Page 3 or 4.



Page 4 of 4. Note shipping charges, import duties and Canadian GST and PST taxes not calculated.



We now select the stype of server "SC Value Servers." Page 1 of 3 for web page content.

12



Page 2 of 3



We now select "Choose Value Tower Servers."



We now select the base server to customize and configure. The 400SC page 1 of 2 for web content.



We select the "Customize It" button. Page 2 of 2.



We are now at the base system and can begin to select our customizing options. On this screen shot we bullet the option Intel Pentium 4 2.26 GHz. Page 1 of 2 for web page content.



We continue our customizing by changing our previous selection and settle on the Intel Celeron 2.00 GHz processor, SCSI Hard Drvie and no RAIDon the previous page the Intel Pentium 4 selecting a SCSI hardrive



We are now prompted to continue our customizing by selcting various components. Page 1 of 10 for web page content.