CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 30 2007

JOHN F. CORCORAN, CLERK
BY: /s/ Moody
  DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| DE TECHNOLOGIES, INC., <br> Plaintiff <br><br> v. <br><br> DELL INC., <br> Defendant. | CIVIL ACTION NO. 7:04 CV00628 <br><br> **Judge Glen E. Conrad** <br><br> Magistrate Judge Michael F. Urbanski |

## ORDER

This case is pending before the court in the following procedural posture:

1. Claim interpretation orders have been issued by the Court.

2. A partial summary judgment order has issued finding claims 13 through 17 of the U.S. Patent No. 6,460,020 to be invalid.

3. A partial summary judgment order has issued on the issue of infringement, which affected certain geographic areas but not others.

4. A motion for reconsideration on the subject of infringement by the plaintiff DE Technologies, Inc. is currently pending before the Court, but has not yet been ruled upon by the Court.

5. No trial date is currently scheduled on the Court's docket.

6. All the orders in this case, including the forgoing orders, were not final, were interlocutory in nature and were subject to further revision by this Court at any time prior to entry of final judgment.

7. The parties have participated in mediation before United States Magistrate Judge Michael Urbanski.

8. The Court has been advised that the parties have stipulated that this matter should be dismissed, with prejudice, each party bearing its own costs and attorneys fees.

Wherefore, the Court being advised of the foregoing stipulation, hereby orders that this case is dismissed with prejudice, each party bearing its own costs and attorneys fees.

ENTERED THIS 30th DAY OF ~~SEPTEMBER~~ OCTOBER, 2007

So Ordered

*(signature)*
United States District Court Judge

The undersigned stipulate to the dismissal of the case.

DE TECHNOLOGIES, INC.

By its attorneys,

*(signature)*
Christopher P. Sullivan (pro hac vice)
David E. Marder (pro hac vice)
Jonathan D. Mutch (pro hac vice)
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
800 Boylston Street, 25th Floor
Boston, MA 02199
Telephone: (617) 267-2300
Fax: (617) 267-8288

William B. Poff (VSB No. 03477)
Matthew P. Pritts (VSB No. 34628)
WOODS ROGERS PLC

10 Jefferson Street, Suite 1400
Roanoke, VA 24038-4125
Telephone: (540) 983-7649
Fax: (540) 983-7711

DELL, INC.

/s/ William R. Rakes

William R. Rakes, Esq. (via first class mail)
GENTRY LOCKE RAKES & MOORE, LLP
800 SunTrust Plaza
10 Franklin Road S.E.
P.O. Box 40013
Roanoke, VA 24022
Telephone: (540) 983-9374
Fax: (540) 983-9400

Willem G. Schuurman
Roderick B. Williams
Christopher V. Ryan
Michael A. Valek
Matthew S. Wermager
Roderick B. Williams, Esq.
VINSON & ELKINS, LLP
The Terrace 7
2801 Via Fortuna, Suite 100
Austin, TX 78746-7568
Telephone: (512) 2236-3422

John Faust
VINSON & ELKINS, LLP
1455 Pennsylvania Avenue, N.W.
Suite 600
Washington, DC 20004
Telephone: (202) 639-6500
Fax: (202) 879-8927